UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND

CTB, INC.,

    Plaintiff,

vs.                                                                      Civil Action No: 3:09-cv-00114
                                                                                         JURY TRIAL DEMAND

INTEGRITY METAL SOLUTIONS, INC.,

    Defendant.

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), the undersigned requests that a Clerk's Entry of Default be entered against Defendant, INTEGRITY METAL SOLUTIONS, INC. ("Defendant") for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.    The summons and complaint were served by Mike Reardon on July 6, 2009 at 33960 348th Street, Le Sueur, Minnesota, Defendant's usual place of business, by personal service on Brandon Wollman, Vice President of Integrity Metal Solutions, Inc., a person of suitable age and discretion.

2.    The Defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.    The Defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Dated: October 14, 2009

s/George D. Moustakas
HARNESS, DICKEY & PIERCE, P.L.C.
George D. Moustakas (*Pro Hac Vice*)
5445 Corporate Drive, Ste. 200
Troy, MI 48098
(248) 641-1600
(248) 641-0270 Fax
gdmoustakas@hdp.com

BAKER & DANIELS
David P. Irmscher
111 East Wayne Street, Ste. 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 Fax
david.irmscher@bakerd.com

*Attorneys for Plaintiff CTB, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2009, I served the foregoing paper on the Defendant, Integrity Metal Solutions, Inc., at 33960 348th Street, Le Sueur, Minnesota, via first class mail with postage thereon prepaid.

    s/George D. Moustakas
HARNESS, DICKEY & PIERCE, P.L.C.
George D. Moustakas (*Pro Hac Vice*)
5445 Corporate Drive, Ste. 200
Troy, MI 48098
(248) 641-1600
(248) 641-0270 Fax
gdmoustakas@hdp.com

15027302.1