UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

CTB, INC.,

    Plaintiff,

vs.

                                          Civil Action No: 3:09-cv-00114
                                          HON. JOSEPH S. VAN BOKKELEN
                                          Mag. Judge Christopher A. Nuechterlein
                                          JURY TRIAL DEMAND

INTEGRITY METAL SOLUTIONS, INC.,

    Defendant.
_____/

**FINAL JUDGMENT**

PURSUANT TO Federal Rules of Civil Procedure 58(a), and this cause having come before this Court on Motion of Plaintiff, CTB, Inc. for damages pursuant to default and permanent injunction against Defendant, Integrity Metal Solutions, Inc.,

AND, the Court having read the pleadings, declarations, and exhibits on file in this matter and having reviewed such evidence as was presented in this matter;

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. Plaintiff is in the business of designing, manufacturing, and distributing indexed rectangular hog feeders that are covered and protected by, *inter alia*, by one or more of United States Patent No. 6,526,913, United States Patent No. 6,766,765, United States Patent No. 6,976,450, and United States Patent No. 7,134,402 (collectively, the "Patents").

2. Defendant has distributed, sold, and offered for sale products that infringe upon Plaintiff's indexed rectangular hog feeders ("Infringing Product").

3. Defendant and its agents, servants, employees, and all persons in active concert and participation with it who receive actual notice of the injunction are hereby restrained and enjoined from:

    a. Infringing Plaintiff's Patents, either directly or indirectly, in any manner, including but not limited to manufacturing, reproducing, importing, distributing, using, advertising, selling and/or offering for sale any Infringing Product, or inducing the making, using, selling or offering for sale of any Infringing Product.

4. Under 35 U.S.C. § 284, Plaintiff has established a reasonable royalty of Thirty Dollars ($30) per unit of Infringing Product.

5. Pursuant to 35 U.S.C. § 284, Defendant is ordered to pay patent damages to Plaintiff in the amount of $423,240.

6. Pursuant to 28 U.S.C. § 1961(a), Defendant is ordered to pay post-judgment interest on the patent damages described in the preceding paragraph at the statutory rate.

SO ORDERED on October 21, 2010.

    S/ Joseph S. Van Bokkelen
    JOSEPH S. VAN BOKKELEN
    UNITED STATES DISTRICT JUDGE