UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CTB, Inc. | Case No. 09-cv-114-JVB-CAN |
| Plaintiff, | |
| vs. | |
| Integrity Metal Solutions, Inc. | **PARTIAL SATISFACTION OF JUDGMENT** |
| Defendant. | |

I, George D. Moustakas, one of the attorneys for the above Plaintiff/Judgment Creditor, hereby certify that the monetary component of the judgment that was entered and docketed in this Court on October 21, 2010, in favor of Plaintiff and against Defendant has been satisfied.

This Partial Satisfaction of Judgment shall not impair, affect or otherwise constitute a satisfaction of any other portion of the judgment not referred to herein, and shall specifically not impair, affect or otherwise constitute satisfaction of Defendant's obligations under the permanent injunction which was entered and docketed with the above-referenced judgment.

| | |
|---|---|
| Dated: September 19, 2011 | s/ George D. Moustakas<br>George D. Moustakas (*Pro Hac Vice*)<br>HARNESS, DICKEY & PIERCE, PLC<br>5445 Corporate Drive, Ste. 400<br>Troy, Michigan 48098<br>Telephone: (248) 641-1600<br>Facsimile: (248) 641-0270<br>gdmoustakas@hdp.com<br><br>BAKER & DANIELS<br>David P. Irmscher<br>111 East Wayne Street, Ste. 800<br>Fort Wayne, IN 46802<br>(260) 424-8000<br>(260) 460-1700 Fax<br>david.irmscher@bakerd.com<br><br>Attorneys for Plaintiff CTB, Inc. |

Subscribed and sworn to before
me this 19th day of September, 2011.


/s Michelle Kowalske
Michelle Kowalske, Notary Public
My commission expires: 2/2/2012


6029801v1
16294635.1